## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LIBERTY MUTUAL MID-ATLANTIC INSURANCE COMPANY, a Liberty Mutual Insurance Group Company a/s/o WILLIAM and JANET HOPKINS, | : : : : | Civil Action No.: |
| | : | Civil Action |
| Plaintiff, | : | **NOTICE OF REMOVAL** |
| v. | : : | |
| BROAN-NUTONE, LLC, | : | |
| Defendants. | : | |

**TO:    United States District Court**
**District of New Jersey**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Broan-Nutone, LLC ("Defendant" or "Broan"), by and through its attorneys, Goldberg Segalla LLP, submits this Notice of Removal from the Superior Court of New Jersey, Law Division, Burlington County, in which this matter is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

### **NATURE OF ACTION**

1.     On or about November 3, 2022, Plaintiff, Liberty Mutual Mid-Atlantic Insurance Company, a Liberty Mutual Insurance Group Company a/s/o William and Janet Hopkins ("Liberty" or "Plaintiff") commenced this action against Broan seeking damages in the amount of the coverage proceeds paid by Liberty to its insured for certain property loss.  Plaintiff filed its Complaint in the Superior Court of New Jersey, Law Division, Burlington County, under Docket No. BUR-L-2070-22.  Pursuant to 28 U.S.C. § 1446(a), a copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit A.

2.      This is a product liability action in which Liberty alleges that a fire occurred due to a ceiling exhaust fan manufactured and sold by Broan.

3.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant is attached hereto as Exhibit A.

## TIMELINESS OF REMOVAL

4.      Plaintiff served Defendant with a Summons, Complaint and Civil Case Information Sheet on November 22, 2022.

5.      Defendant has not filed a responsive pleading or motion in this matter.

6.      Pursuant to 28 U.S.C. § 1446(b), this notice of removal is timely filed within the requisite thirty (30) days after Defendant's receipt of the initial pleading.

## AMOUNT IN CONTROVERSY

7.      This notice of removal is filed on the grounds that there is diversity of citizenship between the parties, and because the amount in controversy exceeds the amount required by 28 U.S.C. § 1332.

8.      Plaintiff's Counsel has represented to Defendant's Counsel that the total value of the insured's loss is approximately $ 126,000.00.

9.      This notice of removal is, therefore, proper because the amount in controversy is greater than the amount required by 28 U.S.C. § 1332(b).

## DIVERSITY OF CITIZENSHIP

10.     Liberty is a Massachusetts corporation with its principal place of business at 175 Berkeley Street, Boston, Massachusetts. *See* Exhibit A, ¶ 1.

11.     Liberty's, subrogors William and Janet Hopkins, are alleged to be the owner of the subject property located at 6 Highgate Court, Mount Holly, New Jersey.  *See id.* at ¶ 2.

12.    Defendant Broan-NuTone LLC is a Delaware limited liability company. The sole member of Broan-NuTone, LLC is Nortek, Inc. with 100% ownership interest in Defendant's business. Nortek, Inc. is a Delaware corporation with its principal place of business in Illinois Thus, Broan is a citizen of Delaware and Illinois.

13.    Pursuant to 28 U.S.C. § 1332, complete diversity of citizenship exists among all parties in this action.

## JURISDICTION & PLEA FOR REMOVAL

14.    As set forth above, this Court has subject matter jurisdiction of the action pursuant to 28 U.S.C. § 1332 and § 1441 in that it is a civil action between citizens of different states, and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

15.    Venue is proper pursuant to 28 U.S.C. § 1441(a) as this is the federal district court for the district embracing the place where the state court suit is pending.

16.    As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, by and through its attorney of record, and is being filed with the Clerk of the Superior Court of New Jersey, Law Division, Burlington County.

WHEREFORE, Defendant files this Notice of Removal so that the entire state court action under Docket No. BUR-L-2070-22 that is now pending in the Superior Court of New Jersey, Law Division, Burlington County, shall be removed to this Court for all further proceedings.

Dated: December 19, 2022              **GOLDBERG SEGALLA LLP**

                                      By:  /s/ Christopher P. Midura___
                                           Christopher P. Midura, Esq.
                                           301 Carnegie Center, Suite 200
                                           Princeton, NJ 08540-6530
                                           Tel: 609-986-1300 / Fax: 609-986-1301
                                           *Attorneys for Defendant, Broan-Nutone, LLC*

34920552.v1

# Exhibit A

LAW OFFICE OF FRANK A. VISCOMI
Benedict F. Valliere, Esq.
Attorney ID#: 030392010
PO Box 6835
Scranton, PA 18505-6835
973-538-2930
Attorneys for Plaintiff, Liberty Mutual Mid-Atlantic Insurance Company, a Liberty Mutual Insurance
        Group Company a/s/o William and Janet Hopkins

| | |
|---|---|
| LIBERTY MUTUAL MID-ATLANTIC INSURANCE COMPANY, a Liberty Mutual Insurance Group Company a/s/o WILLIAM and JANET HOPKINS<br>Plaintiff<br><br>vs.<br><br>BROAN-NUTONE LLC<br>Defendant | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BURLINGTON COUNTY<br>DOCKET NO.: BUR-L-2070-22<br>*<br>CIVIL ACTION<br>*<br>**SUMMONS** |

From the State of New Jersey To:    Broan-Nutone, LLC
                                    926 West State Street, NAFI-CFEI
                                    Hartford, WI 53027
                                    Attn: Dean Byczynski, Manager Product Safety

SIR/MADAM:

   The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153 deptyclerklawref.pdf.) If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your Answer or Motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written Answer or Motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If

you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated: November 3, 2022

/s/ *Michelle M. Smith*

Michelle M. Smith
Clerk of the Superior Court

Name of Defendant to be served:    Broan-Nutone, LLC
Address for service:    Attn: Dean Byczynski, Mgr. Product Safety Manager
926 West State Street, NAFI-CFEI
Hartford, WI 53027

## SUMMONS LAWYER REFERRAL LIST

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House – 1st Floor
583 Newark Avenue
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Local, Filing Office, Courthouse
175 South Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House, 71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1262

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.,
Paterson, NJ 0505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl
P.O. Box 3000
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House, 413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

Note: Adopted July 13, 1994, effective September 1, 1994; amended June 28, 1996, effective September 1, 1996; address/phone information updated July 1, 1999, effective September 1, 1999; amended July 12, 2002 to be effective September 3, 2002.

BUR-L-002070-22   11/03/2022 8:32:27 AM   Pg 1 of 5   Trans ID: LCV20223846100

**LAW OFFICES OF FRANK A. VISCOMI**
Benedict F. Valliere, Esq.
Attorney ID#: 030392010
P.O. Box 6835
Scranton, PA 18505-6835
PH 973-538-2930
FAX 603-334-7452
Attorneys for Plaintiff

| | |
|---|---|
| LIBERTY MUTUAL-MID ATLANTIC INSURANCE COMPANY, a Liberty Mutual Insurance Group company, a/s/o WILLIAM and JANET HOPKINS | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BURLINGTON COUNTY |
| Plaintiff, | Docket No. |
| | Civil Action |
| -vs.- | **COMPLAINT AND JURY DEMAND** |
| BROAN-NUTONE LLC | |
| Defendant. | |

Plaintiff, Liberty Mutual Mid-Atlantic Insurance Company, a Liberty Mutual Insurance Group company, a/s/o William and Janet Hopkins, by its attorneys, Law Offices of Frank A. Viscomi, as and for its Complaint, allege upon information and belief as follows:

1.     At all times mentioned, Plaintiff, Liberty Mutual-Mid Atlantic Insurance Company, a Liberty Mutual Insurance Group company (hereinafter "Liberty Mutual"), is a corporation duly organized and existing under the laws of the State of Massachusetts, with its principle place of business located at 175 Berkeley Street, Boston, Massachusetts, 02116, and at all times relevant hereto was duly authorized to issue insurance policies in the State of New Jersey.

2.     At all times mentioned, including on May 11, 2018, Plaintiff's subrogor, William and Janet Hopkins, owned a home located at 6 Highgate Court, Mount Holly, NJ 08060, Burlington County (subject property).

3.      At all times mentioned, Liberty Mutual provided a policy of insurance to William and Janet Hopkins, for the subject property.

4.      At all times mentioned, Defendant, Broan-NuTone LLC, is a corporation duly organized and existing under the laws of the State of Delaware and which is duly authorized to conduct business in the State of New Jersey, with its headquarters located at Broan-NuTone LLC, Attn: Dean Byczynski, Mgr. of Product Safety, NAFI-CFEI, 926 W. State Street, Hartford, WI 53027.

5.      Upon information and belief, at all times mentioned, Defendant, Broan-NuTone LLC, was the manufacturer of a bathroom ceiling exhaust fan (hereinafter "Broan-NuTone LLC fan") owned by Plaintiff, Liberty Mutual's subrogor, William and Janet Hopkins, that was located at the subject property.

6.      Upon information and belief, Plaintiff, Liberty Mutual's subrogor, William and Janet Hopkins, suffered damages to their premises and property due to a fire that originated in the Broan-NuTone LLC fan.

7.      Subsequent investigation revealed the fire was caused by a malfunction or defect in the Broan-NuTone LLC fan.

8.      Under the contract of insurance between Plaintiff, Liberty Mutual and the subrogor, William and Janet Hopkins, Liberty Mutual paid the claim submitted for damages to the premises and property of William and Janet Hopkins as a result of the fire and fire-fighting activities.

9.      As a result of Liberty Mutual's payments to the subrogor, Liberty Mutual is subrogated to the extent of their payments, to the right of their subrogor, and against all individuals, entities and corporations responsible for the damages.

10.     The damages to subrogor's premises and property were caused without any negligence on the part of the subrogor contributing thereto.

## FIRST COUNT
## NEGLIGENCE

11.    Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs numbered "1" through "10," inclusive, with the same force and effect as though more fully set forth herein at length.

12.    The damages to the premises and property of Plaintiff's insured were caused by the negligence, carelessness and recklessness of Defendant Broan-NuTone LLC.

13.    Defendant Broan-NuTone LLC was negligent in that it failed to exercise due care, and in fact, negligently and carelessly manufactured and distributed a defective fan.

14.    Defendant Broan-NuTone LLC was negligent in that it failed to take the necessary and appropriate action to prevent the defect in the fan.

15.    Defendant Broan-NuTone LLC was negligent in that it failed to use due care under the circumstances and to take all reasonable and necessary precautions for the general consumer, and specifically, plaintiff's subrogor.

16.    Defendant Broan-NuTone LLC was negligent in that it failed to warn of the potential for fire.

17.    Plaintiff reserves the right to allege additional instances of negligence as may be revealed during pretrial discovery.

## SECOND COUNT
## STRICT PRODUCT LIABILITY

18.    Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs numbered "1" through "17", inclusive, with the same force and effect as though more fully set forth herein at length.

19.    Prior to May 11, 2018, the Ddefendant, Broan-NuTone LLC, manufactured and distributed the subject bathroom ceiling exhaust fan which Plaintiff's subrogor purchased.

20.    On May 11, 2018, the defective Broan-NuTone LLC fan purchased by Plaintiff's subrogor caused a fire that damaged Plaintiff's subrogor's property.

21.    Prior to May 11, 2018, the Defendant Broan-NuTone LLC should have been aware of the defects in the fan that it manufactured and distributed.

22.    On or prior to May 11, 2018, the Defendant, Broan-NuTone LLC, had failed to warn consumers of the defect in the fan or the potential danger of fire.

23.    As a result of the negligence and carelessness of the Defendant, Broan-NuTone LLC, Plaintiff has sustained damages in the sum of at least $125,178.26, and Plaintiff's insured incurred a $1,000.00 deductible.

WHEREFORE, on all counts Plaintiff demands judgment: against Defendant, Broan-NuTone LLC, in the sum of at least $126,178.26, with the precise amount to be determined at the trial of this action with interest thereon from May 11, 2018, altogether with the costs and disbursements of this action, including reasonable attorney's fees.

## DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to R. 4:25-4, Attorney Benedict F. Valliere, Esq. is hereby designated as trial counsel for plaintiff.

## DEMAND FOR TRIAL BY JURY

PLEASE TAKE NOTICE that plaintiff demands a trial by a jury of all issues raised in the within action.

BUR-L-002070-22   11/03/2022 8:32:27 AM  Pg 1 of 2   Trans ID: LCV20223846100

# Civil Case Information Statement

**Case Details: BURLINGTON | Civil Part Docket# L-002070-22**

**Case Caption:** LIBERTY MUTUAL-MID A TLANTIC I  VS
BROAN-NUTONE L

**Case Initiation Date:** 11/03/2022

**Attorney Name:** BENEDICT F VALLIERE

**Firm Name:** LIBERTY MUTUAL INSURANCE CO

**Address:** 701A ROUTE 73 SOUTH STE 420

MARLTON NJ 08053

**Phone:** 9735382930

**Name of Party:** PLAINTIFF : Liberty Mutual-Mid Atlantic In

**Name of Defendant's Primary Insurance Company
(if known):** Unknown

**Case Type:** OTHER INSURANCE CLAIM (INCLUDING
DECLARATORY JUDGMENT ACTIONS)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Liberty Mutual-Mid Atlantic
In?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

<u>11/03/2022</u>
Dated

<u>/s/ BENEDICT F VALLIERE</u>
Signed

BUR-L-002070-22   11/03/2022 8:32:27 AM   Pg 2 of 2   Trans ID: LCV20223846100